CV 23-00309

'23 JAN 18 PM 7:18

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

OMEGA STRATEGIK

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Brooklyn Public Library
ET AL

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial  ☑ Yes  ☐ No
*(check one)*

RECEIVED
JAN 1 8 2023
PRO SE OFFICE

GUJARATI, J.

BLOOM, M.J.

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

'23 JAN 18 PM 7:19

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

     Name: OMEGA STRATEGIK LLC
     Street Address: 6353 EL CAJON BLVD ST 124 PMB 137
     City and County: SAN DIEGO
     State and Zip Code: CALIFORNIA 92115
     Telephone Number:
     E-mail Address: OMEGA STRATEGIK LLC
     451 KINGSTON AV D 26
     BROOKLYN NY 11225

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
     Name: BROOKLYN PUBLIC LIBRARY
     Job or Title (if known): PRESIDENT
     Street Address: 10 GRAND ARMY PLAZA
     City and County: BROOKLYN NY
     State and Zip Code: 11225
     Telephone Number:
     E-mail Address (if known):

Defendant No. 2

Name: Brooklyn Public Library
Job or Title (if known): Network Administrator
Street Address: 10 Grand Army Plaza
City and County: Brooklyn
State and Zip Code: NY 11238
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

23 JAN 18 PM 7:19
CLERK
U.S. DISTRICT COURT
E.D.N.Y.

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*: WHILE THE Brookly PUBLIC LIBRARY WAS OPERATING UNDER THE AUTHORITY OF THE COLOR OF LAW OF THE NY YORK STATE SECRETARY OF STATE

☒ State or local officials (a § 1983 claim)
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

While OPERATING UNDER THE COLOR OF LAW THE BROOKLYN PUBLIC LIBRARY DEPRIVED ME OF 1st FREEDOM TO CREATE COPYRITED MATERIAL READING IT FIRST OR EXPOSING IT without EXTEMPORANIOUSLY

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

THE Brooklyn Public Library (BPI) A Pseudo Agency OF THE STATE GOVERNMENT AS SUCH IT Compiles DATA ON USERS OF A PUBLIC FACILITY Books READ SITES VISITED AND OTHER META DATA

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

BPL OPERATED UNDER NY NONPROFIT LAW hsc 41, 501c3 IT GAVE ACCESS TO USER DATA DEPRIVED OF PRIVACY RIGHTS ALL WHO USED ITS NETWORKED COMPUTERS ITS PRESIDENT DERILICTED DUTY 4 ADMINISTRATOR OF INTERNET LEFT USERS INTENTIONALLY VULNERABLE AND COLLECTED USER INNFORMAT

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

THESE VIOLATIONS OF CONSTITUTIONAL PROTECTIONS ARE STILL OCCURRING ON ITS NETWORKS IN NYC ON IT'S SERVERS ON THE WORLD WIDE WEB

B. What date and approximate time did the events giving rise to your claim(s) occur?

FROM AT LEAST 1/26 OF 22 TIL NOW ON MILLIONS OF ACTS DAY AND NIGHT ADDED MAJOR PROBLEMS TO THE CYBER THREAT LANDSCAPE

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

THE BPL PARTICIPATED IN COLLECTION OF COPYWRITED MATERIAL OF ALL SORT DELIBERATELY DEPRIVED THE CREATOR OF CREDIT DUE PROFITED FROM THEIR WORKS WITHOUT ANY TYPE OF NOTICE OR PROPER COMPENSATION

METADATA IS IP OF THE CREATOR (IP) IS INTELLECTUAL PROPERTY IT IS PROTECTED FROM SEARCH WHILE BEING CREATED AS THAT IS A GRIEVOUS FORM OF SENSORSHIP THAT STIFFLES CREATIVITY AS WELL AS CREATION

5

'23 JAN 18 PM 7:19
CLERK
U.S. DISTRICT COURT
EDNY
AFTER HOURS

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

[BPL] THE BROOKLYN PUBLIC LIBRARY INFRINGED ON COPYRIGHT INTENTIONALLY DEPRIVED USERS OF DECISION MAKING ABILITY AS USERS OF ITS COMPUTER NETWORKS. IT ROUTINELY VIOLATED THE NDA DEPRIVED DISABLED PERSONS OF EQUAL PROTECTION AS WELL AS OF FREEDOM OF RELIGION WITHOUT BEING SUBJECTED TO VIOLATION OF THE COMMUNITY STANDARDS THAT PROTECT CHILDREN DISPLAYED PORNOGRAPHIC MATERIAL

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

DEMAND FOR JURY TRIAL DISSOLVING THE BOARD OF TRUSTEES THAT NOW SERVE AS PERSONS FUNCTIONING OPEN PRIMARILY FOR THE PROMOTION OF LIFESTYLE OF AN "ALTERNATIVE" NATURE 333333333 MILLION HTG BANNING THE RAINBOW FLAG THAT HAS BECOME A SYMBOL OF REVERSE INTOLERANCE AND HATE SPEECH FOR STRAIGHT HUMAN PERSON

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20 23

Signature of Plaintiff   *Fitz Gerald Toussaint*

Printed Name of Plaintiff   *Fitz Gerald Toussaint*





'23 JAN 18  PM 7:48

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

Clerk of the District