UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Fritz Gerald Toussaint, and Omega Strategic LLC,   JUDGMENT
23-cv-00309-DG-LB

        Plaintiffs,

   v.

Brooklyn Public Library,

        Defendant.
-----------------------------------------------------------------X

     An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on October 30, 2023, dismissing this action without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

     ORDERED and ADJUDGED that this action is dismissed without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York
       October 31, 2023

                                       Brenna B. Mahoney
                                       Clerk of Court

                           By:   */s/Jalitza Poveda*
                                  Deputy Clerk